**Louie Lawton SMITH, Jr., Plaintiff-Appellant,**

v.

**The PRINT MACHINE, INC., a South Carolina Corporation; Kasey Cooper Fay, President of T.P.M., Inc.; Jim Norris, Human Resource Manager of**

T.P.M.; Chris Fay, Vice President of T.P.M.; Jerry Cooper, Chairman of T.P.M.; Matt Luther, T.P.M. Manager of Columbia, Defendants-Appellees.

No. 17-1496

United States Court of Appeals, Fourth Circuit.

Submitted: August 17, 2017

Decided: August 21, 2017

Louie Lawton Smith, Jr., Appellant Pro Se. Matthew Kinard Johnson, OGLETREE DEAKINS NASH SMOAK & STEWART, PC, Greenville, South Carolina, for Appellees.

Before KEENAN, THACKER, and HARRIS, Circuit Judges.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Louie Lawton Smith, Jr., appeals the district court's order accepting the magistrate judge's recommendation and dismissing his civil action alleging wrongful termination and employment discrimination. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Smith v. The Print Machine, Inc.*, No. 3:16-cv-02918-JFA, 2017 WL 1148740(D.S.C. Mar. 28, 2017). We dispense with oral argument because the

---

facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*

Crescencio Perez-Perez appeals the district court's order accepting the recommendation of the magistrate judge and denying relief on his complaint filed pursuant to *Bivens v. Six Unknown Named Agents of Fed. Bureau of Narcotics*, 403 U.S. 388, 91 S.Ct. 1999, 29 L.Ed.2d 619 (1971). We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Perez-Perez v. Ray*, No. 9:16-cv-03574-CMC, 2017 WL 1135220 (D.S.C. Mar. 27, 2017). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*